

Probation Form No. 35
(5/00)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

**United States District Court
for the
Southern District of Mississippi**



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 1 3 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

United States of America

versus

Criminal Case: 5:98cr15BrN-005

John R. Cooke

    On November 21, 2003 this defendant was placed on supervision for three years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

*Scott E. McMillan*
Scott E. McMillan
United States Probation Officer

### Order of Discharge

    On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed _____ 7/12/06 _____, 20 06, at Jackson, Mississippi.

*David C. Bramlette*
David C. Bramlette, III
United States District Judge